No. 81–2408.  UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* FLOWERS ET AL.  C. A. 2d Cir. [Certiorari granted, *ante*, p. 1034.]  Motion for appointment of counsel granted, and it is ordered that Isaac N. Groner, Esquire, of Washington, D. C., be appointed to serve as counsel for respondents in this case.

No. 82–23.  MARSH, NEBRASKA STATE TREASURER, ET AL. *v.* CHAMBERS.  C. A. 8th Cir.  [Certiorari granted, *ante*, p. 966.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for argument denied.  Motion of Jon Garth Murray et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for argument denied.

No. 82–185.  BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;
No. 82–246.  BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and
No. 82–259.  BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL.  C. A. 1st Cir.  [Certiorari granted, *ante*, p. 967.]  Motion of Boston Firefighters Union, Local 718, for divided argument denied.  Motion of Boston Firefighters Union, Local 718, for additional time for oral argument denied.  Motion of Boston Police Patrolmen's Association, Inc., for divided argument denied.  Motion of Boston Police Patrolmen's Association, Inc., for additional time for oral argument denied.  Motion of Nancy B. Beecher et al. for divided argument granted.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.  JUSTICE MARSHALL took no part in the consideration or decision of these motions.